United States District Court
Southern District of Texas
**ENTERED**
March 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS ONTIBEROS-SILBERIO, Petitioner, | § § § | |
| v. | § § § | Civil Action No. 1:15-cv-213 (Criminal No. 1:13-cr-282-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, this Court agrees that Ontiberos-Silberio may not rely on *Johnson v. United States*, 135 S. Ct. 2551 (2015) to overcome the untimeliness of his § 2255 motion because he was not sentenced pursuant to the "residual clause" of the Armed Career Criminal Act, *see* 18 U.S.C. § 924(e), nor was he sentenced pursuant to the "career offender provision" of the United States Sentencing Guidelines, *see* U.S.S.G. § 4B1.1. As such, Ontiberos-Silberio's one-year limitation period began to run on December 16, 2013, the date on which the judgment of his conviction became final. *See* 28 U.S.C.A. § 2255(f). Since Ontiberos-Silberio filed his § 2255 motion on December 3, 2015, his motion is untimely.

For the foregoing reasons, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that Ontiberos-Silberio's § 2255 Motion (Dkt. No. 1) is

**DISMISSED** as untimely pursuant to 28 U.S.C. § 2255(f)(1). A certificate of appealability shall not issue.

Signed on this ___9th___ day of ___March___, 2016.

United States District Court
Southern District of Texas
FILED

MAR 09 2016

David J. Bradley, Clerk of Court

_____
Rolando Olvera
United States District Judge